FILED
2019 Dec-10 AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| JACKIE R. DARTY, | ) |
| Petitioner, | ) |
| v. | ) Case No. 6:19-cv-01450-KOB-JEO |
| NICK SMITH, | ) |
| Respondent. | ) |

## MEMORANDUM OPINION

On October 31, 2019, the magistrate judge entered a report recommending this action be dismissed without prejudice for lack of prosecution. (Doc. 5). Although the magistrate judge advised the petitioner of his right to file specific written objections within fourteen days, the court received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the absence of objections, the court hereby ADOPTS the report of the magistrate judge and ACCEPTS his recommendations. Following the recommendation, the court finds that the petition in this matter should be dismissed without prejudice for failure to prosecute.

The court will enter a separate Order.

The court DIRECTS the Clerk to serve a copy of this Memorandum Opinion on the petitioner.

DONE and ORDERED this 10th day of December, 2019.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE